1  MICHAEL COSENTINO, ESQ., State Bar No. 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA  94501
3  Telephone: (510) 523-4702

4  Attorney for Plaintiff
   United States of America
5

**FILED**

JUL - 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6

7              IN THE UNITED STATES DISTRICT COURT          **SLM**
8
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,         **CV 08.**  No.   **3257**

11                      Plaintiff,

12          v.                              COMPLAINT
                                            (Student Loan\Debt Collection Case)
13 Lewis Phon,

14                   Defendant(s).
                                      /
15

       Plaintiff, through its attorney, alleges:
16
       1.     Jurisdiction: The Court has jurisdiction of this action under 28 U.S.C. Section
17
   1345.
18
       2.     Defendant resides in the Northern District of California.
19
       3.     Defendant owes plaintiff $1,141.47, plus additional interest according to the
20
   Certificate of Indebtedness, a copy of which is annexed hereto as Exhibit A.
21
       WHEREFORE, plaintiff demands judgment against defendant for the sum of
22
   $1,141.47, additional interest to the date of judgment, attorney's fees in the amount of
23
   33.33% of the debt, and court costs.
24

25 Date:  June 23, 2008

26                                            LAW OFFICE OF MICHAEL COSENTINO
                                              By:  MICHAEL COSENTINO
                                              Attorney for the Plaintiff
27                                            United States of America

28

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS #1 OF 1

LEWIS PHON
350 SANSOME ST, SUITE 230
SAN FRANCISCO, CA 94104
Account No.        2130

I certify that Department of Education records show that the borrower named above is indebted to
the United States in the amount stated below plus additional interest from 11/26/2007.

On or about 8/13/1973, 10/11/1973, 12/5/1973, 9/12/1974, 11/6/1974, 1/8/1975, 6/20/1975,
9/3/1975, 2/17/1976, 2/9/1976, 4/21/1976 the borrower executed promissory note(s) to secure
loan(s) of $350.00, $200.00, $550.00, $100.00, $500.00, $150.00, $300.00, $1,100.00, $900.00,
$200.00 & $100.00 from Hastings College of the Law at 3.00 percent interest per annum. The
institution made the loan under the Federally- funded National Direct Student Loan, now Perkins
Student Loan, programs authorized under Title IV-E of the Higher Education Act of 1965, as
amended, 20 U.S.C. 1087aa et seq. (34 C.F.R Part 674). The institution demanded payment
according to the terms of the note, and the borrower defaulted on the obligation on 5/2/1980. Due
to this default, the institution assigned all rights and title to the loan to the Department of
Education.

After the institution credited all cancellations due and payments received, the borrower owed the
school $1,141.47 principal and $162.64 interest. This principal and interest, together with any
unpaid charges, totaled $1,328.11. The loan was assigned to the Department on 9/16/1993.

Since assignment of the loan, the Department has credited a total of $0.00 in payments from all
sources, including Treasury Department offsets, if any, to the balance. After application of these
payments, the borrower now owes the United States the following:

Principal:                              $1,141.47
Interest:                               $647.87

Total debt as of 11/26/2007:            $1,789.34

Interest accrues on the principal shown here at the rate of $0.09 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and
correct.

Executed on:    1/9/08

Alberto Francisco
Loan Analyst
Litigation Support    Senior Loan Analyst

EXHIBIT A